**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kurt D.,

Petitioner,

v.

Todd Blanche, *Acting Attorney General*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; David Venturella, *Acting Director, Immigration & Customs Enforcement*; David Eastwood, *Acting Director, St. Paul Field Office Immigration & Customs Enforcement*; and Joel Brott, *Sheriff, Sherburne County*,

Respondents.

Civ. No. 26-3320 (JWB/DJF)

**ORDER ACCEPTING IN PART REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on August 7, 2026. (Doc. No. 15.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996).

Having reviewed the R&R, no clear error is found with respect to the Magistrate Judge's conclusion that Petitioner should be released. The record suggests the Notice to Appear was issued after officials had executed an arrest based on an I-200 administrative warrant. This is dispositive because a valid Form I-200 authorizes the arrest of a noncitizen "[a]t the time of issuance of the notice to appear, or at any time thereafter and

up to the time the removal proceedings are completed." 8 C.F.R. § 236.1(b).

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The August 7, 2026 Report and Recommendation (Doc. No. 15) is **ACCEPTED IN PART** as set forth above.

2. Petitioner Kurt D.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is **GRANTED IN PART**.

3. Respondents shall immediately release Petitioner from custody and shall file notice confirming his release within 48 hours of this Order.

4. Respondents may not continue Petitioner's present detention on the basis of the May 12, 2025 Form I-200 or the arrest effected pursuant to that warrant. Nothing in this Order precludes Respondents from later arresting or detaining Petitioner pursuant to lawful authority and in compliance with applicable statutory and regulatory requirements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 20, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge